# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Applied Waterproofing Technology, Inc.

V.

American Safety Indemnity Company

**FILED** AUG 10 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: 09cv1040-IEG(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Court finds the forum selection clause in the insurance policy at issue in this case is valid and enforceable, thus requiring Plaintiff to bring this action in the Superior Court of Cobb County, Georgia. Defendant's Motion to Dismiss is **GRANTED**. Case closed................................................................

August 10, 2009
Date

W. Samuel Hamrick, Jr.
Clerk

J. Haslam
(By) Deputy Clerk

ENTERED ON August 10, 2009

09cv1040-IEG(NLS)